UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60157-CR-Hurley-Hopkins

18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(2) & (b)(1)
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

v.

LEE ROBERT MOORE,

Defendant.
_____/

FILED BY _____ D.C.

JUN - 9 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about January 8, 2014, and on or about May 1, 2014, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LEE ROBERT MOORE,**

did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce, and would be produced and transmitted using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and attempted to do so, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

1

## COUNT TWO

Between on or about January 8, 2014, and on or about May 1, 2014, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## LEE ROBERT MOORE,

did attempt to knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that would have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction would have involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction would have been of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

Between on or about January 8, 2014, and on or about May 1, 2014, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## LEE ROBERT MOORE,

using any facility and means of interstate commerce, knowingly persuaded, induced, enticed and coerced an individual who had not attained the age of eighteen years to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

2

## CRIMINAL FORFEITURE ALLEGATIONS

1. Upon conviction of a violation of Title 18, United States Code, Sections 2251 or 2252, as alleged in Count 1 and Count 2 of this Indictment, the defendant, **LEE ROBERT MOORE,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in Count 3 of this Indictment, the defendant, **LEE ROBERT MOORE**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428:

(a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property traceable to such property, and

(b) any property, real or personal, constituting or derived from any proceeds traceable to any such violation.

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*Richard P. Murad for*
WIFREDO A. FERRER  *Richard P. Murad*
UNITED STATES ATTORNEY

*Corey Steinberg*
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LEE ROBERT MOORE,

        **Defendant.** /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) _____
Number of New Defendants _____
Total number of counts _____

**Court Division:** (Select One)

Miami _____ Key West _____
FTL __X__ WPB _____ FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | __X__ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes: Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 11/09/2015, 15-mj-00163 (District of Delaware)
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) _____Yes __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes No __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes No __X__

*[signature: Corey Steinberg]*
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. Court 0563234

*Penalty Sheet(s) attached                        REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LEE ROBERT MOORE

**Case No:**

**Count 1:**
Production/Attempted Production of Child Pornography

Title 18, United States Code, Sections 2251(a) and (e)
**\*Max. Penalty:** Maximum 30 years with a 15 year mandatory minimum, $250,000 fine, 5 years up to life supervised release, $5000 special assessment

**Count 2:**
Attempted Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)
**\*Max. Penalty:** Maximum 20 years with a 5 year mandatory minimum, $250,000 fine, 5 years up to life supervised release, $5000 special assessment

**Count 3:**
Use of a Computer to Persuade, Induce, Entice or Coerce an Individual Under 18 Years of Age to Engage in A Sex Act

Title 18, United States Code, Section 2422(b)
**\*Max. Penalty:** Maximum life imprisonment with a mandatory minimum term of 10 years, $250,000 fine, 5 years up to life supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**