UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-60157-CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LEE ROBERT MOORE
    Defendant.
    _____/

### ORDER OF TRANSFER TO CLERK

The defendant in the above-styled cause is hereby transferred to the Clerk's suspended file until such time as the above listed fugitive is apprehended.

**DONE AND ORDERED** at West Palm Beach, Florida this 11th day of July, 2016.

**DANIEL T. K. HURLEY**
**UNITED STATES DISTRICT JUDGE**

cc:    U.S. Attorney's Office